PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                          ) | **Docket Number: 2:02CR00008-02** |
| ) | |
| **JOSEPH M. SKOKAN, JR.**    ) | |
| ) | |

On April 24, 2002, the above-named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that Joseph M. Skokan, Jr. be discharged from supervision.

Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO
Senior United States Probation Officer**

Dated:    December 1, 2006
          Sacramento, California
          JAP:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
          **KYRIACOS M. SIMONIDIS
          Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **Joseph M. SKOKAN, Jr.**
   **Docket Number:   2:02CR00008-02**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Joseph M. Skokan, Jr. be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  December 4, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office